# Exhibit 4

**Exhibit 4 – U.S. Patent No. 11,635,005 – Claim Chart**

Plaintiff Dorman's investigation of Defendants' infringement is ongoing and this chart is based on information presently available to Dorman.  Dorman provides this information in good faith and without prejudicing its rights, consistent with the Federal Rules of Civil Procedure and Local Rules of the District of Arizona, to modify, amend, retract, and/or supplement the information provided herein as additional evidence and information becomes available, or as otherwise appropriate.  Infringing Products may also be referred to herein as Accused Products.

| The '005 Patent | Accused Product SK926959 |
|---|---|
| [1 Pre] An adaptor for connecting an oil filter and an oil cooler to an engine, the adaptor comprising: | To the extent that the preamble is limiting, the Accused Products have/are an adaptor for connecting an oil filter and an oil cooler to an engine.<br><br><br>Exemplary Accused Product          Exemplary Accused Product with Oil Cooler |

1

(Note: The horizontal seam in the product in the above photo is a result of cutting the product in half during analysis, and is not part of the product as shipped or in use.)



Defendant's Shipping Label, indicating Accused Product is an Oil Filter Housing



Defendant Web Page indicating the Accused Product is an Oil Filter Housing



Image of Defendant's Oil Filter Housing as Delivered to Customers

| [1a] a single metallic casting having: an elongated body with a lower surface | The Accused Products include a single metallic casting that has an elongated body (**blue**) with a lower surface (**red**) that mates with a network for oil lubrication of an internal combustion engine and an upper surface (**orange**) that mates with an oil cooler (**azure**).  The single metallic casting of the Accused Products also has an oil filter housing (**purple**) defined at the first end of the elongated body (**pink**). |
|---|---|

configured to mate with an oil lubrication network in an engine, an oil filter housing is defined at a first end of the elongated body, and an upper surface that is configured to mate with an oil cooler;



Annotated Longitudinal Side View of Exemplary Accused Product

(Note: The horizontal seam is a result of cutting the product in half during analysis, and is not part of the product as shipped or in use.)



Annotated Image of Defendant's Oil Filter Housing as Delivered to Customers

| [1b] wherein the elongated body includes an oil lubrication flow path that is | The Accused Products include an elongated body (**blue**) which has a path (**green**) for oil lubrication of an engine to flow wholly within the elongated body.  This flow path in the Accused Products extends between an engine's oil lubrication network and the oil filter housing (**purple**). The outlet from the oil lubrication flow path of the Accused Products to the entrance of the engine's oil lubrication network is outlined in **red** in the below annotated image of the exemplary Accused Product. |
|---|---|

6

wholly within the elongated body and extends between an oil lubrication network in an engine, and the oil filter housing, and



oil filter housing

Annotated Bottom View of Top Horizontal Section Cut of Exemplary Accused Product



Annotated Above View of Bottom Horizontal Section Cut of Exemplary Accused Product

| [1c] at least one threaded aperture is formed in the single metallic casting for receiving at least one additional component in a direct threaded engagement with the single metallic casting. | The Accused Products include at least one threaded aperture (**pink**) formed in the single metallic casting that receives at least one additional component (**orange**) that engages the single metallic casting through direct threading (**yellow**). |
| --- | --- |



Annotated End View of Exemplary Accused Product

(Note: The horizontal seam is a result of cutting the product in half during analysis, and is not part of the product as shipped or in use.)



Annotated Image of Defendant's Oil Filter Housing as Delivered to Customers