# Exhibit 5

**Exhibit 5 -- U.S. Patent No. 11,639,674 – Claim Chart**

Plaintiff Dorman's investigation of Defendants' infringement is ongoing and this chart is based on information presently available to Dorman. Dorman provides this information in good faith and without prejudicing its rights, consistent with the Federal Rules of Civil Procedure and Local Rules of the District of Arizona, to modify, amend, retract, and/or supplement the information provided herein as additional evidence and information becomes available, or as otherwise appropriate. Infringing Products may also be referred to herein as Accused Products.

| The '674 Patent | Accused Product SK926959 |
|---|---|
| [1Pre] An engine oil adaptor assembly for mounting in an engine valley, the adaptor comprising: | To the extent that the preamble is limiting, the Accused Products have/are an engine oil adaptor assembly for mounting in an engine valley.<br><br>Defendant's Shipping Label, indicating Accused Product is an Oil Filter Housing, also known as an Oil Filter Adaptor Assembly |




Defendant Web Page indicating the Accused Product is an Oil Filter Housing

| | <br>Image of Defendant's Engine Oil Adaptor Assembly as Delivered to Customers |
| --- | --- |

| | |
|---|---|
| |  Image of Exemplary Accused Product on V6 Engine |
| [1a] a unitary metallic casting that defines an integrated structure having: | The Accused Products include a unitary metallic casting which defines an integrated structure. |

<table>
<tr><td></td><td><br>Exemplary Accused Product      Exemplary Accused Product with Oil Cooler<br>(Note: The horizontal seam is a result of cutting the product in half during analysis, and is not part of the product as shipped or in use.)</td></tr>
<tr><td>[1b] an elongated casted body portion with a lower surface configured to mate with a predetermined existing engine;</td><td>The Accused Products include an elongated casted body portion (blue) with a lower surface (red) that is configured to mate with a predetermined existing engine.</td></tr>
</table>

| | |
|---|---|
| |   Annotated Longitudinal Side View of Exemplary Accused Product |

| | |
|---|---|
| |  Image of Exemplary Accused Product on V6 Engine (example of a predetermined existing engine) |
| [1c] an internal lubrication flow path formed within the elongated casted body that connects to a lubrication network within a valley in the predetermined existing engine and an oil filter housing defined at a first end of the elongated casted body; and, | The Accused Products include an internal lubrication flow path (**green**) that is formed within the elongated casted body (**blue**). The Accused Products include an internal lubrication flow path that connects to a lubrication network within a valley in the predetermined existing engine (**red**). The Accused Products include an oil filter housing (**purple**) that is defined at a first end of the elongated casted body. |




Annotated Bottom View of Top Horizontal Section Cut of Exemplary Accused Product

| | |
|---|---|
| | <br>openings a lubrication network within a valley in the predetermined existing engine<br><br>Image of V6 Engine alone and with Exemplary Product |

| | |
|---|---|
| [1d] an upper surface of the elongated body is configured to mate with an oil cooler; | The Accused Products include an upper surface (**orange**) of the elongated body (**blue**) which is configured to mate with an oil cooler (**azure**).   Annotated Image of Defendant's Oil Filter Housing as Delivered to Customers |
| [1e] wherein the elongated casted body includes a plurality of apertures that are directly threaded in | The Accused Products include a plurality of apertures (**green**) that are directly threaded (**pink**) in the elongated casted body (**blue**) for mating with a respective threaded component (**orange**). |

<table>
<tr>
<td>the elongated casted body for mating with a respective threaded component.</td>
<td>

Annotated View of Exemplary Accused Product<br><br>(Note: The horizontal seam is a result of cutting the product in half during analysis, and is not part of the product as shipped or in use.)</td>
</tr>
</table>

| | |
|---|---|
| | <br><br>Annotated Image of Defendant's Oil Filter Housing as Delivered to Customers |