# Exhibit 6

**Exhibit 6 -- U.S. Patent No. 11,639,675 – Claim Chart**

Plaintiff Dorman's investigation of Defendants' infringement is ongoing and this chart is based on information presently available to Dorman.  Dorman provides this information in good faith and without prejudicing its rights, consistent with the Federal Rules of Civil Procedure and Local Rules of the District of Arizona, to modify, amend, retract, and/or supplement the information provided herein as additional evidence and information becomes available, or as otherwise appropriate.  Infringing Products may also be referred to herein as Accused Products.

| The '675 Patent | Accused Product SK926959 |
|---|---|
| [1Pre] An engine oil adaptor comprising: | To the extent that the preamble is limiting, the Accused Products have/are an engine oil adaptor.<br><br>Defendant's Shipping Label, indicating Accused Product is an Oil Filter Housing, which is also known as an Engine Oil Adaptor. |


Defendant Web Page indicating the Accused Product is an Oil Filter Housing

| |  Image of Defendant's Oil Filter Housing as Delivered to Customers |
|---|---|
| [1a] a single metallic casting having: | The Accused Products include a single metallic casting. |

| | |
|---|---|
| | <br>Defendant's Product includes a Single Metallic Casting |
| [1b] an elongated body portion with: a lower surface configured to mate with a lubrication network in an | The single metallic casting of the Accused Products includes an elongated body portion (**blue**) with a lower surface (**red**) that is configured to mate with a lubrication network in an engine and with an upper surface (**orange**) that is configured to mate with a cooling component (**azure**). The elongated body of the Accused Products includes an oil filter housing (**purple**) defined at a first end of the elongated body (**pink**). |

| | |
|---|---|
| engine; an upper surface configured to mate with a cooling component; an oil filter housing defined at a first end of the elongated body; and, an internal lubrication flow path that establishes a communication channel between the lubrication network and the filter housing; | <br>Annotated Longitudinal Side View of Exemplary Accused Product<br><br>(Note: The horizontal seam is a result of cutting the product in half during analysis, and is not part of the product as shipped or in use.) |



Annotated Image of Defendant's Oil Filter Housing as Delivered to Customers





Image of V6 Engine alone and with Exemplary Product

| | |
|---|---|
| | The Accused Products include an elongated body portion (**blue**) with an internal lubrication flow path that establishes a communication channel (**green**) between the lubrication network and the filter housing (**purple**).<br><br><br>Annotated Bottom View of Top Horizontal Section Cut of Exemplary Accused Product |
| [1c] wherein the body includes a plurality of casted apertures that are threaded in the metallic casting for mating with a respective threaded component. | The Accused Products include a plurality of casted apertures (**green**) that are threaded (**pink**) in the metallic casting for mating with a respective threaded component (**orange**). |



Annotated View of Exemplary Accused Product

(Note: The horizontal seam is a result of cutting the product in half during analysis, and is not part of the product as shipped or in use.)


Annotated Image of Defendant's Oil Filter Housing as Delivered to Customers