# Exhibit 7

# SKP
# Skyward Automotive

To All,

I would like to introduce myself. My name is Michael Jacabacci, I am the prior owner of Woodbury Automotive Warehouse in the Metropolitan New York area that I sold in 2013. I retired and in mid-2018 I began doing some consulting work and have become quite engaged with the automotive aftermarket once again. After a 48 year career I just couldn't stay away.

I would like to introduce a PowerPoint Presentation on our company. I am representing Skyward Automotive Products LLC. Skyward was started in October 2016 by the Owner Eddie Hu and President Jim Murphey. Skyward industrial located in Ningbo China with a business model that owns 4 manufacturing plants in China and also is one of the largest trading companies of automotive products. One of the 4 plants is a one million-square-foot facility the plant is a current production supplier to GM of China. The plant is also in compliance with ISO 9001 and IATF 16949:2016 certifications. Our plants also supplies multiple automotive aftermarket suppliers.

Skyward sells products globally under the brand SKP. Now one of the fastest growing brands in the aftermarket. When we started Skyward Automotive www.skywardautomotive.com in the US we filed for a trademark on the SKP Brand. Initially we launched 10 Major Categories, Chassis Parts, Control Arms, Mini Dorman O.E. Solutions, Hub Bearing, Belt Tensioners and Pulleys, Water Pumps, Motor Mounts, Ignition Coils, Blower Motors and Mas Air Flow Sensors. We designed a brand based on the 80/20 rule with the idea to indent to the major domestic branded products. Our value proposition is to provide Premium Quality for Less.

Pricing strategy was to price SKP 30 to 40% below the market leader in a specific category. Using control arms as an example we took the Moog Value Line, Dorman, Mevotech and Mas and priced 30 to 40% below there distributor price.

When Dorman made the decision to go to unilateral pricing we introduced 3300 of their SKU's NOW OVER 5,000.

SKP is now offering approximately 15,000 SKU's in 2023/2024 we will be adding a proximately 2000/4000 + new numbers taking our total SKUs offering to 19,000 Part Numbers,

With Much Respect

Skyward Automotive Products
Senior Director of Sales Northeast
Board Director
Michael Jacabacci
waw145@aol.com
516-448-0174