# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RB Distribution Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Skyward Automotive Products LLC, et al., <br><br> Defendants. | No. CV-23-01068-PHX-GMS <br><br> **ORDER** |

Before the Court is Defendant Skyward Automotive Products, LLC's Unopposed Motion to Extend Time to Respond to the Complaint Twenty-Eight (28) Days (Doc. 17).

**IT IS ORDERED** granting Defendant Skyward Automotive Products, LLC's Unopposed Motion to Extend Time (Doc. 17).

**IT IS FURTHER ORDERED** Defendant Skyward Automotive Products, LLC, shall have through **August 31, 2023** to respond to the Complaint. No further extensions will be granted.

Dated this 31st day of July, 2023.

G. Murray Snow
Chief United States District Judge