Jason S. Shull, No. 031922
jshull@bannerwitcoff.com
Erik S. Maurer (*pro hac vice*)
emaurer@bannerwitcoff.com
Abraham J. Varon (*pro hac vice*)
avaron@bannerwitcoff.com
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000

*Attorneys for Plaintiffs*

James Griffith (*pro hac vice)*
jgriffith@ziliak.com
**Ziliak Law, LLC**
141 W Jackson Blvd., Suite 4048
Chicago, Illinois 60604
Telephone: (312) 423-7832

*Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **RB Distribution, Inc.**<br>and<br>**Dorman Products, Inc.,**<br>Plaintiffs,<br>v.<br>**Skyward Automotive Products, LLC**<br>and<br>**Ningbo Skyward Industrial Co. Ltd.,**<br>Defendants. | **Civil Action No. CV-23-1068-PHX-KML**<br><br>**NOTICE OF ATTORNEYS' FEES AWARD STIPULATION** |

Pursuant to the Court's June 17, 2026, Order (ECF No. 148), the parties hereby notify the Court that they conferred and stipulate to a sanctions award: Defendants agree to pay Plaintiffs $29,790 "for attorneys' fees and expenses resulting from defendants' failure to comply with the court's March 9 discovery order and delay in producing documents between March 30 and May 15, 2026." Defendants agree to fully pay the award within 30 days of the June 17, 2026, Order, or no later than July 17, 2026.

Dated: June 26, 2026

Respectfully submitted,

By: */s/ James Griffith*
**Ziliak Law, LLC**
James Griffith (*pro hac vice)*
jgriffith@ziliak.com
141 W Jackson Blvd., Suite 4048
Chicago, Illinois 60604
Telephone: (312) 423-7832

**ATTORNEY FOR SKYWARD AUTOMOTIVE PRODUCTS, LLC and NINGBO SKYWARD INDUSTRIAL CO. LTD.**

By: */s/ Abraham J. Varon*
***BANNER & WITCOFF, LTD.***
Jason S. Shull
Arizona Bar No. 031922
jshull@bannerwitcoff.com
Erik S. Maurer (*pro hac vice*)
Illinois Bar No. 6275467
emaurer@bannerwitcoff.com
Abraham J. Varon (*pro hac vice*)
Illinois Bar No. 6339787
avaron@bannerwitcoff.com
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR DORMAN: RB DISTRIBUTION, INC. DORMAN PRODUCTS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/ Abraham J. Varon