Jason S. Shull, No. 031922
jshull@bannerwitcoff.com
Erik S. Maurer (*pro hac vice*)
emaurer@bannerwitcoff.com
Abraham J. Varon (*pro hac vice*)
avaron@bannerwitcoff.com
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
**BANNER & WITCOFF, LTD.**

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **RB Distribution, Inc.**<br>and<br>**Dorman Products, Inc.,**<br>Plaintiffs,<br>v.<br>**Skyward Automotive Products, LLC**<br>and<br>**Ningbo Skyward Industrial Co. Ltd.,**<br>Defendants. | **Civil Action No. CV-23-1068-PHX-KML**<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF NON-PARTY DISCOVERY** |

Pursuant to LRCiv 5.2, Plaintiffs Dorman Products, Inc. and RB Distribution, Inc., hereby give notice that in the above-captioned matter on July 16, 2026, they served a Subpoena to Testify at a Deposition in a Civil Action on non-party James Murphey.

Dated: July 16, 2026

Respectfully submitted,

By: /s/ Abraham J. Varon

***BANNER & WITCOFF, LTD.***
Jason S. Shull
Arizona Bar No. 031922
jshull@bannerwitcoff.com
Erik S. Maurer (*pro hac vice*)
Illinois Bar No. 6275467
emaurer@bannerwitcoff.com
Abraham J. Varon (*pro hac vice*)
Illinois Bar No. 6339787
avaron@bannerwitcoff.com
71 South Wacker Drive, Suite 3600
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR DORMAN:**
**RB DISTRIBUTION, INC.**
**DORMAN PRODUCTS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all current counsel of record.

*/s/* Abraham J. Varon